Sealed

Public and unofficial staff access to this instrument are prohibited by court order

United States Courts
Southern District of Texas
**FILED**
*January 31, 2024*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Criminal No. **4:24-cr-00046** |
| § | |
| NICHOLAS ANTHONY WILLIAMS § | |

## SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

At all times relevant to the Indictment:

1. Nicholas Anthony Williams ("Williams") was a Federal Bureau of Investigation ("FBI") Special Agent assigned to the Houston, Texas Field Office (HFO) and has been since 2019.

2. As an FBI Special Agent, Williams is entrusted with the investigation of federal criminal offenses and is empowered to make arrests and to conduct searches and seizures in furtherance of his duties.

3. Williams was a member of the HFO Criminal Squad (CR-3) which specializes in gang and violent crime and a current member of the Counterterrorism Squad (CT-2).

4. As a member of both the CR-3 and CT-2 squads, Williams participated in large-scale investigations, several of which resulted in the search of residences and seizure of evidence to include currency.

## COUNT ONE

From on or about March 15, 2022, through on or about April 11, 2022, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**NICHOLAS ANTHONY WILLIAMS**

being an officer and employee of the United States and of any department and agency thereof, embezzled and wrongfully converted to his own use the money and property of another which came into his possession and under his control in the execution of such office and employment, and under color and claim of authority as such officer and employee, namely, United States currency in an amount greater than $1,000 converted during the execution of a federal residential search warrant.

In violation of Title 18, United States Code, Section 654.

## COUNT TWO

From on or about January 12, 2023, through on or about January 20, 2023, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**NICHOLAS ANTHONY WILLIAMS**

being an officer and employee of the United States and of any department and agency thereof, embezzled and wrongfully converted to his own use the money and property of another which came into his possession and under his control in the execution of such office and employment, and under color and claim of authority as such officer and employee, namely, United States currency in an amount greater than $1,000 converted during the execution of a federal residential search warrant.

In violation of Title 18, United States Code, Section 654.

## COUNT THREE

On or about July 13, 2023, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**NICHOLAS ANTHONY WILLIAMS**

being an officer and employee of the United States and of any department and agency thereof, embezzled and wrongfully converted to his own use the money and property of another which came into his possession and under his control in the execution of such office and employment, and under color and claim of authority as such officer and employee, namely, United States currency and silver in an amount greater than $1,000 converted during the execution of a federal residential search warrant.

In violation of Title 18, United States Code, Section 654.

## COUNT FOUR

On or about September 15, 2023, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**NICHOLAS ANTHONY WILLIAMS**

in a matter within the jurisdiction of the executive branch of the government of the United States, namely, the Federal Bureau of Investigation, did knowingly and willfully make and use a false writing a document, knowing the same to contain a materially false, fictitious, and fraudulent statement, to wit: the defendant, for the purpose of explaining fraudulent charges on his government-issued credit card, created and disseminated a Federal Bureau of Investigation Electronic Communication record which he knew to be false.

In violation of Title 18, United States Code, Section 1001.

## COUNT FIVE

From on or about November 16, 2022, through on or about March 24, 2023, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**NICHOLAS ANTHONY WILLIAMS**

willfully and knowingly did steal and purloin cellular telephones, of a value less than $1,000, the goods and property of the United States, namely property of the Federal Bureau of Investigation.

In violation of Title 18, United States Code, Section 641.

**NOTICE OF FORFEITURE**

Pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461, the United States gives notice to the defendant,

**NICHOLAS ANTHONY WILLIAMS**

that any property, real or person, which constitutes or is, directly or indirectly, derived from proceeds traceable to such offense, is subject to forfeiture.

**Money Judgment**

Defendant is notified that upon conviction, a monetary judgment may be imposed equal to the total value of the property subject to forfeiture.

**Substitute Assets**

Defendant is notified that in the event that property subject to forfeiture, as a result of any act or omission by Defendant,

(A) cannot be located upon the exercise of due diligence;

(B) has been transferred or sold to, or deposited with, a third party;

(C) has been placed beyond the jurisdiction of the court;

(D) has been substantially diminished in value; or

(E) has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the total value of such property.

A TRUE BILL

Original Signature on File
_____
FOREPERSON

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY