United States District Court
Southern District of Texas
**ENTERED**
March 08, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS | § | CRIMINAL ACTION NO. 4:24-046 |
| | § | |
| NICHOLAS WILLIAMS | § | |

## AMENDED SCHEDULING ORDER

Pending before the Court is Defendant's Amended Motion for Continuance (Doc. No. 22).

The Court finds that Defendant has expressly waived his rights pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, GRANTS Defendant's motion and enters the following new schedule:

| | |
|---|---|
| MOTIONS will be filed no later than | **May 24, 2024** |
| RESPONSES will be filed no later than | **June 7, 2024** |
| PRETRIAL CONFERENCE will be held before Judge Andrew S. Hanen, Courtroom 9C at **8:30 AM** | **June 17, 2024** |
| JURY SELECTION and TRIAL is scheduled before Judge Andrew S. Hanen, Courtroom 9C at **9:00 AM** | **June 24, 2024** |

**DEFENDANT'S PRESENCE IS REQUIRED AT ALL SETTINGS**

SIGNED this 8th day of March 2024.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE