IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:24-CR-00046 |
| | § | |
| NICHOLAS WILLIAMS | § | |

## UNOPPOSED MOTION FOR CONTINAUNCE

TO THE HONORABLE ANDREW HANEN:

COMES NOW, Defendant, Nicholas Williams, and requests this Honorable Court continue the current scheduling order. As ground in support thereof, Mr. Williams would show the Court as follows:

1. The current scheduling order [Doc No. 23] carries a motions deadline of May 24, 2024, and trial date of June 24, 2024, at 9:00 a.m.

2. Undersigned Counsel has reviewed most of the discovery, but needs additional time to complete this task and discuss with Mr. Williams.

3. Mr. Williams previously waived his rights pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

4. Undersigned Counsel has conferred with the Government and the Government unopposed to this request.

WHEREFORE PREMISES CONSIDERED, Mr. Williams respectfully prays that this Honorable Court grant this Motion and continue the current scheduling order for at least forty-five (45) days in accordance with the orderly dispatch of the Court's schedule.

Respectfully submitted:

__/s/Chip Lewis__
**Chip Lewis**
Federal ID No: 24014
Texas Bar 00791107
chip@chiplewislaw.com

**Erin Epley**
Federal ID No. 2932463
Texas Bar 24061389
1207 S. Shepherd Dr.
Houston, Texas 77019
713-523-7878 (Telephone)
erin@epley-law.com

## **CERTIFICATE OF CONFERENCE**

I hereby certify that I have spoken with AUSA Laura Garcia who is unopposed to this Motion.

__/s/Chip Lewis__
Chip Lewis

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing motion was delivered to AUSA Garcia via email.

__/s/Chip Lewis__
Chip Lewis